**Order entered February 8, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00026-CR**

**DONNY RAY GETER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-75021-S**

**ORDER**

On January 17, 2023, Official Court Reporter Lisa V. Jackson filed the reporter's record in this appeal. The filing did not, however, include copies of State's Exhibits 43, 43A, 49, and 53.

Jackson filed with the reporter's record a request in which she described State's Exhibit 43 as a blu-ray disk of a cellphone extraction or "phone dump" and State's Exhibit 43A as a copy of State's Exhibit 43 placed on a flash drive. According to Jackson, the phone dump recorded in State's Exhibit 43A "includes

PDFs, images, and hyperlinks that take you to the Internet to view." Jackson explains she is "aware that PDFs should be printed and uploaded in TAMES as a Volume; however, the pages are voluminous and because of the hyperlinks and images I will not be able to upload this one exhibit." She requested permission to file the flash drive as physical media without uploading its contents into TAMES.

On January 23, 2023, Jackson filed with the Court three physical items: the blu-ray disc labeled as State's Exhibit 43, a flash drive labeled as State's Exhibit 43A, and a compact disc labeled as State's exhibit 49. The items were accompanied by cover sheets. The cover sheet for exhibit 49 states: "STATE'S EXHIBIT NO. 49 UNABLE TO UPLOAD 1. Animation file too large to upload." The cover sheets for State's Exhibits 43 and 43A identify the contents as a "phone dump" from appellant's phone without providing any further explanation for why the items must be submitted as physical media.

Jackson offered no explanation for why State's Exhibit 53 was not filed. According to the reporter's record, State's Exhibit 53 is a compact disc with recordings of telephone calls to 911.

It is the court reporter's duty to file the reporter's record, including all exhibits, in an electronic format through the Texas Appeals Management and E-filing System records submission portal (TAMES). *See* TEX. R. APP. P. App. C, R. 2; Unif. Format Manual for Tex. Reporter's Recs. § 8 (amended June 28, 2010),

https://www.txcourts.gov/media/244178/Uniform-Format-Manual-20100701.pdf.
When an exhibit exceeds the maximum file size to pass through the TAMES portal, the court reporter must separate the exhibit file into multiple smaller files that meet the TAMES portal's limits. *See* Uniform Format Manual at §§ 8.9, 8.10; Off. of Ct. Admin. TAMES RSP User Guide 8 (2013), https://rsp.txcourts.gov/training/TAMES-RSP-User-Guide.pdf. Physical media can be sent to the appellate court if the appellate court orders the physical item filed. *See* Uniform Format Manuel at §§ 8.9. 8.10.

In this case, Jackson has provided little information about the exhibits she has not uploaded to TAMES. The explanation she has provided does not explain why the exhibits cannot be broken up into smaller files and uploaded to TAMES. Furthermore, the Court did not request or grant permission for the filing of physical media.

Accordingly, we **ORDER** Official Court Reporter Lisa V. Jackson to file into TAMES, within **THIRTY DAYS**, either State's Exhibit 43 or 43A, whichever is easier to upload, breaking the exhibit up into separate files as needed to upload into TAMES. We further **ORDER** Ms. Jackson to file into TAMES, within **THIRTY DAYS**, the recordings in State's Exhibit 53.

The Court will accept as physical media the compact disc containing State's Exhibit 49.

We **DIRECT** the Clerk to transmit copies of this order to Lisa V. Jackson,

official court reporter, 282nd Judicial District Court; and to counsel for the parties.


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE